AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ARMANDO RAMOS-HERRERA | CASE NUMBER: 07CR3248-JLS |

I, ARMANDO RAMOS-HERRERA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/4/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER